Individ.

Date: 2/24/2025

JOHN J. MCCORMACK
Attorney for the United States, Acting under
Authority Conferred by 28 U.S.C. § 515

By: ______________________
Matthew T. Hunter
Assistant United States Attorney
53 Pleasant St., 4th Floor
Concord, NH 03301
Matthew.Hunter@usdoj.gov

ADAM R.F. GUSTAFSON
~~TODD KIM~~ Principal Deputy
Assistant Attorney General
Environment and Natural Resources
Division

By: ______________________
Ronald A. Sarachan
Trial Attorney
Environmental Crimes Section
150 M Street N.E., Suite 4.108
Washington, D.C. 20002
Ronald.Sarachan@usdoj.gov

The defendant, Charles Santich, certifies that he has read this 21-page Plea Agreement and that he fully understands and accepts its terms.

Date: 2/24/2025

______________________
Charles Santich, Defendant

I have read and explained this 21-page Plea Agreement to the defendant, and he has advised me that he understands and accepts its terms.

Date: 2/24/2025

______________________
S. Amy Spencer, Esquire

______________________
Mathew J. Todaro, Esquire
Attorneys for Charles Santich